# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 18-CR-037-JED |
| ) | |
| **CHRISTINA ANN DEMPSEY,** ) | |
| ) | |
| **Defendant.** ) | |

### SENTENCING MEMORANDUM

COMES NOW the Defendant, Christina Ann Dempsey, by and through appointed counsel, Scott Troy, and respectfully submits this Sentencing Memorandum on the following grounds, to-wit:

1. Assistant United States Attorney Tim Faeber advises he has no objection to this request.

2. Ms. Dempsey was originally arrested on State court charges (CF-2015-248-C) on September 2, 2015. Ms. Dempsey was held without bond and the case was dismissed on June 6, 2016. The facts and allegations contained in the State's criminal information are identical to the above styled indictment.

3. As Ms. Dempsey served some 9 months in State court custody on the related charges that she has pled to in the indictment. Pursuant to the indictment, she respectfully requests the Court grant her credit for time served.

WHEREFORE, premises considered, Christina Ann Dempsey respectfully requests the Court grant her unopposed motion for credit for time served for the above stated reasons.

Respectfully submitted,

/s/ Scott Troy
Scott Troy, OBA #11714
406 South Boulder, Suite 405
Tulsa, Oklahoma  74103
(918) 585-3721 Office
(918) 582-6106 Fax
Attorney for Defendant Christina Ann Dempsey

## CERTIFICATE OF SERVICE

On August 2, 2018, I caused to be transmitted via email through the Court's CM/ECF system, a true copy of the above document to:

Tim Faerber    Tim.Faerber@usdoj.gov

/s/ Scott Troy
Scott Troy